**Fill in this information to identify the case:**

Debtor 1 __Marvin D. Williams, Jr.__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern and Western District of Arkansas

Case number  6:22-bk-70868

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Simmons Bank

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 1 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | 02/15/2024 | (9) | $ 2,683.12 |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Marvin D. Williams, Jr. | Case number (*if known*) 6:22-bk-70868 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jacob P. Fair
Signature

Date   03/06/24

Print:   Jacob P. Fair
First Name   Middle Name   Last Name

Title   SVP & Assistant General Counsel

Company   Simmons Bank

Address   Post Office Box 8010
Number   Street
Little Rock         AR      72201
City            State     ZIP Code

Contact phone   (501)217-4823

Email   jacob.fair@simmonsbar

# NOTICE OF HAZARD INSURANCE

**Great American Insurance Group**

Program Administrator: OVERBY-SEAWELL COMPANY
Administrative Office: 3550 George Busbee Pkwy STE 300
Kennesaw, GA 30144
ISSUE DATE: 02/13/24
Phone: 833-739-5822
Fax: 866-735-7156

**THIS INSURANCE IS NON-TRANSFERABLE**

**ITEM 1:** Borrower Name and Mailing Address

Marvin D Williams JR
Bankruptcy
C/O Simmons Bank Attn Mary Ellen Moore
PO Box 733
Union City TN 38261

Insured Mortgagee Name and Address

Simmons Bank
PO Box 9067
Pine Bluff, AR 71611-9067

8580001

**ITEM 2:** Coverage Period

| Effective Date | | | Expiration Date | | | Term in Months |
|---|---|---|---|---|---|---|
| MO | DA | YR | MO | DA | YR | |
| 02 | 10 | 24 | 02 | 10 | 25 | 12 |

Notice Number: OSC559934
Master Policy Number: 1250291-OSC
Loan Number: ▉▉▉▉7617

**ITEM 3:**

| COVERAGE TYPE | MARK ONE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|---|
| RESIDENTIAL (1-4 Family Dwelling) | | | |
| MULTIFAMILY (5+ Family Building) | | | |
| COMMERCIAL OCCUPIED (Building) | | | |
| COMMERCIAL VACANT (Building) | | | |
| MOBILE HOME (Anchored) | X | $73,109.60 | $2,683.12 |
| MOBILE HOME (Unanchored) | | | |
| | | TOTAL AMOUNT | $2,683.12 |

**ITEM 4:** Property Address (if different from mailing address)

262 Brazil Rd, Hot Springs AR 71913 1st Mtg
262 Brazil RD
Hot Springs AR 71913

**This is not a Homeowner's Policy.** The Insured Lender's policy provides hazard protection against loss to the referenced property from perils such as fire, lightning, explosion, vandalism, smoke, volcanic eruption, sinkhole, sprinkler leakage and riot; subject to the terms and conditions of the Insured Lender's policy. This coverage may not meet any borrower's insurance needs and the borrower is not an Insured or Additional Insured under the Lender's policy. There is no coverage for contents or additional living expenses. There is no coverage for liability unless indicated above under COVERAGE TYPE. There is no coverage for flood or earthquake and windstorm and hail may be limited. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**Deductible:** In the event of loss, this policy shall be subject to a deductible as defined in the Mortgagee's policy.

This Notice of Insurance is for information purposes only. It neither amends, extends nor alters the coverage afforded by the Insured Lender's policy which it describes. Consult the Insured Lender's policy for actual terms and conditions.

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:　　MARVIN D. WILLIAMS, JR., Debtor　　　CASE NO. 6:22-bk-70868
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

CERTIFICATE OF SERVICE FOR NOTICE OF
POSTPETITION MORTGAGE FEES, EXPENSES
AND CHARGES

I, Jacob P. Fair, attorney for Simmons Bank, do hereby certify that I have filed the Notice of Postpetition Mortgage Fees, Expenses and Charges in the CM/ECF electronic filing system, causing notice to be served as provided for therein this 6th day of March 2024.

DATED this 6th day of March 2024.

　　　　　　　　　　　　　　　　　　　SIMMONS BANK
　　　　　　　　　　　　　　　　　　　P.O. Box 8010
　　　　　　　　　　　　　　　　　　　Little Rock, Arkansas 72203
　　　　　　　　　　　　　　　　　　　Tel (501) 217-4823
　　　　　　　　　　　　　　　　　　　jacob.fair@simmonsbank.com


　　　　　　　　　　　　　　　　　　　By:　/s/ Jacob P. Fair
　　　　　　　　　　　　　　　　　　　　　Jacob P. Fair　　(2015167)